PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Samuel Sutton**　　　　　　　　　　　　　　　Docket No. 22-20413-02

**Petition for Action on Conditions of Pretrial Release**

　　　COMES NOW Andrea E. Jarois, Pretrial Services Officer, presenting an official report on defendant Samuel Sutton, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge David R. Grand, sitting in the court at the Eastern District of Michigan, on September 13, 2022, under the following conditions:

1. Report to Pretrial Services as directed.
2. Travel restricted to the State of Michigan unless given previous consent by Pretrial Services.
3. Avoid all contact with the codefendants or any witnesses in this matter.
4. Not to possess a firearm, destructive device, or other dangerous weapons. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.
5. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
6. No use of alcohol.
7. Shall submit to random drug testing by Pretrial Services.
8. Shall submit to substance abuse treatment, as deemed appropriate by Pretrial Services.
9. Report within 24 hours to the Pretrial Services Office, every contact with law enforcement personnel, including arrests, questioning or traffic stops.
10. Resolve outstanding warrants within 60 days.

　　　**Respectfully presenting petition for action of court and for cause as follows**:

The defendant was to resolve all outstanding warrants by November 13, 2022, 60 days from the commencement of pretrial release. According to a criminal records check conducted on December 1, 2022, the following warrants remain outstanding:

- 16th District Court, Livonia. Ct. 1 Felony Operating While Impaired- 3rd Offense, Case No.: 21L01224FD. On October 13, 2022, a warrant was issued after the defendant failed to appear for Arraignment.

- Rocky River Police Department, Ohio. Ct. 1 Civil Infraction Speeding, Case No.: 2TRD24053. On October 28, 2002, a fail to appear bench warrant was issued.

The defendant's credit, he had numerous misdemeanor traffic warrants out of the 36th District Court in Detroit, and two misdemeanor warrants out of the 52-4 District Court in Troy that he has resolved since commencing pretrial release. Pretrial Services has directed the defendant to resolve

the above outstanding warrants on numerous occasions. Pretrial Services has also notified defense counsel of the outstanding warrants on multiple occasions requesting their assistance in timely clearing of the warrants; although an appearance by counsel has been filed for the felony OWI charge, the defendant has not presented himself to the Court to date as is required. They were further advised if all warrants were not resolved by November 30, 2022, the Court would be notified.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on Tuesday, December 13, 2022, at 2:30 p.m. so that Mr. Sutton can answer as to the above noted violation. If the warrants noted are cleared prior to any scheduled hearing date, a request to cancel the hearing will be made by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 5th day of December, 2022 and ordered filed and made a part of the records in the above case.<br><br>  \_\_\_\_\_**s/Stephen J. Murphy, III**_____<br>United States District Judge<br>Stephen J. Murphy, III | Executed on December 1, 2022<br><br>s/Andrea E. Jarois<br>U.S. Pretrial Services Officer<br><br>Place: Detroit, Michigan<br>Date: December 1, 2022 |